THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT OLLEY and Others.— Motion to dismiss appeal granted, unless appellants procure record on appeal to be filed on or before May 13, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANTON B. GIESLER, as Administrator, etc., of BENJAMIN GIESLER, Deceased, v. KATHERINE SHIELDS, as Executrix, etc., of CATHERINE GIESLER, Deceased, and Others, Impleaded, etc.— Motion to dismiss appeal denied on condition that said appeal be promptly prosecuted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES SCHEER v. PETER DOELGER REALTY CO., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CLARA MELLIS v. NEW YORK AND HARLEM RAILROAD COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before May 13, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANTON B. GIESLER, as Administrator, etc., of BENJAMIN GIESLER, Deceased, v. KATHERINE SHIELDS, as Executrix, etc., of CATHERINE GIESLER, Deceased, Defendant, Impleaded with A. SELIG ROBERTS and Another.— Motion to dismiss appeal denied on condition that the said appeal be promptly prosecuted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JACOB ROTHSTEIN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALFRED TROISE v. THE YORKSHIRE INSURANCE COMPANY, LTD.—Application granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MEYER SHAPIRO v. UNION RAILWAY COMPANY OF NEW YORK CITY.—Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ABRAHAM A. JOSEPH and Others v. MORRIS M. FINEBERG and Another.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ABRAHAM MONDEL v. WILLIAM GERSHAM and Another, Individually and as Copartners, etc.—Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ROSE FOX v. METROPOLITAN LIFE INSURANCE COMPANY.—Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

GUS J. BRASH v. NETGAR REALTY CO., INC.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Submission of Controversy upon an Agreed Statement of Facts between E. J. CONRAD CORPORATION and 161 MADISON AVENUE, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.